JOHN P. PRICE, Respondent, *v.* ANN ELIZA PRICE, Appellant.

(Argued December 12, 1884 · decided January 20, 1885.)

*A. P. Smith* for appellant.

*J. E. Eggleston* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* THE VILLAGE OF FISHKILL LANDING, Respondent.

(Argued December 12, 1884; decided January 20, 1885.)

*Frank Loomis* for appellant.

*H. H. Hustis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

WILLIAM E. LANGAN, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

(Submitted December 12, 1884; decided January 20, 1885.)

*Alfred E. Mudge* for appellant.

*Edward F. O'Dwyer* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.